John E. CLAIBORNE, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 05–7170.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

Before RADER, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.